## STOCKER v. LAWRENCE.

No. 11892—Opinion Filed Sept. 25, 1923.

### Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.

If after regular assignment and submission of a cause in this court with notice to the attorneys for the respective parties, the plaintiff in error prepares, serves, and files a brief in the cause, containing argument and authorities reasonably tending to support the assignment of error for reversal, and the defendant in error fails to prepare and serve brief, this court will not examine the record for some theory to support the judgment of the trial court, but will reverse and remand the cause.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Haskell County; Fay L. Lester, Judge.

Action by J. L. Lawrence for possession of real estate and other equitable relief against W. I. Stocker. Judgment for plaintiff. Defendant brings error. Reversed and remanded.

Geo. S. Ramsey, Edgar A. DeMeules, Malcolm E. Rosser, and Villard Martin, for plaintiff in error.

Tom W. Neal, for defendant in error.

Opinion by STEPHENSON, C. The plaintiff commenced his action in the district court of Haskell county against the defendant for the possession of certain real estate, or in lieu thereof, a money judgment. In the trial of the cause judgment went for the plaintiff, and the defendant has brought error to this court for review. This cause was regularly assigned and submitted with notice to the attorneys for the respective parties. The plaintiff in error has filed brief containing argument and authorities that reasonably tends to support errors assigned for

reversal. If the defendant in error fails to file brief as required by the rules of this court, the record will not be examined for some theory to support the judgment of the trial court, but will be reversed and remanded. C., R. I. & P. Ry. Co. v. Weaver, 67 Okla. 293, 171 Pac. 34. Therefore it is recommended that this cause be reversed and remanded.

By the Court: It is so ordered.